UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

        v.                      Case No. 08-cr-82-01-SM

Carlos J. Gonzalez,
    Defendant

O R D E R

Defendant Gonzalez's motion to continue the trial is granted (document no. 12). Defendant Gonzalez has filed a Waiver of Speedy Trial. Trial has been rescheduled for the month of December 2008.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for November 24, 2008 at 11:30 a.m.

Jury selection will take place on December 2, 2008 at 9:30 a.m.

SO ORDERED.

                                          Steven J. McAuliffe
                                             Chief Judge

September 25, 2008

cc: Cathy Green, Esq.
     Michael Zaino, AUSA
     U.S. Marshal
     U.S. Probation